No. 310. T. U. VAUGHN, PLAINTIFF IN ERROR, *v.* THE STATE OF SOUTH CAROLINA. In error to the Supreme Court of the State of South Carolina. Motion to dismiss or affirm submitted June 14, 1915. Decided June 21,

1915.  *Per Curiam.*  Judgment affirmed upon the authority of (1) *Malloy* v. *South Carolina,* 237 U. S. 180; (2) *Overton* v. *Oklahoma,* 235 U. S. 31; *Consolidated Turnpike Co.* v. *Norfolk &c. Ry.,* 228 U. S. 596; *Deming* v. *Carlisle Packing Co.,* 226 U. S. 102.   *Mr. Joseph A. McCullough* for the plaintiff in error.   *Mr. Thomas H. Peeples* and *Mr. Fred H. Dominick* for the defendant in error.